Hillsborough,
Jan. 5, 1932.

MARSHALL D. COBLEIGH, *Adm'r v.* JOHN R. SPRING, *Adm'r, & a.*

*Cobleigh & Cobleigh,* for the plaintiff.

*John R. Spring, pro se.*

*Per Curiam.* The bill cannot be maintained. It is the duty of the probate court to make the decree of distribution. P. L., c. 307, s. 6. The superior court cannot interfere with the exercise of that jurisdiction. *Rockwell* v. *Dow, ante,* 58 and cases cited. The decree of the probate court will fully protect the plaintiff, and consequently he cannot invoke the direction of the superior court.

*Demurrer sustained.*